People v Wright (2018 NY Slip Op 07046)





People v Wright


2018 NY Slip Op 07046


Decided on October 23, 2018


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 23, 2018

Renwick, J.P., Richter, Kahn, Gesmer, Singh, JJ.


7412 1738/11

[*1]The People of the State of New York, Respondent,
v
James Wright, Defendant-Appellant.


Seymour W. James, Jr., The Legal Aid Society, New York (Allen Fallek of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (Alice Wiseman of counsel), for respondent.



Order, Supreme Court, New York County (Bonnie G. Wittner, J.), entered on or about October 26, 2015, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law Art 6-C), unanimously affirmed, without costs.
We find that the correct total of points to be assessed against defendant is 85. Regardless of whether defendant's correct point score is 85, or 75 as he claims, he remains a level two offender, and we find no basis for a discretionary downward departure in light of, among other things, the egregiousness of
the underlying crime (see generally People v Gillotti, 23 NY3d 841 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: OCTOBER 23, 2018
CLERK